AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION and REWILDING AMERICA NOW, a non-profit corporation <br><br>*Plaintiff(s)* <br><br>v. <br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management <br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>Civil Action No. 3:25-cv-00577-ART-CSD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brent M. Resh
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 16, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, U.S. Attorney General
was received by me on *(date)* October 22, 2025.

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On October 24, 2025, I caused copies of the Summons and Complaint to be served via certified mail which was delivered on October 31, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 3, 2025

*Nuria de la Fuente*
*Server's signature*

Nuria de la Fuente, Office Manager
*Printed name and title*

Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

| Certified Mail Fee | $5.30 | 0052 09 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)         $ 
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $5.00

Postmark Here

OCT 24 2025
STATION A POST OFFICE
BERKELEY, CA 94702
10/24/2025

**Total Postage and Fees**  $ $12.70

Sent To: Pamela Bondi, U.S. Atty. General, U.S. DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0968 2941

# USPS Tracking®

FAQs >

Track Packages  Get the free Informed Delivery® feature to receive automated notifications on your packages
Anytime, Anywhere

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

**9589071052700968294128**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:48 am on October 31, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
October 31, 2025, 4:48 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
October 30, 2025, 11:22 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
October 30, 2025, 9:28 am

● **In Transit to Next Facility**
October 29, 2025

● **Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 26, 2025, 10:24 am

● **Arrived at USPS Regional Origin Facility**
OAKLAND CA DISTRIBUTION CENTER
October 24, 2025, 9:08 pm

● **Departed Post Office**
BERKELEY, CA 94702
October 24, 2025, 7:04 pm

● **USPS in possession of item**
BERKELEY, CA 94702
October 24, 2025, 4:40 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

Feedback

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**