# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, TAMMI ADAMS, REWILDING AMERICA NOW

Plaintiff(s),

vs.

U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, JON RABY

Defendant(s).

CASE NO. 3:25-cv-00577-ART-CSD

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer Rae Lovko_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

GREENFIRE LAW, PC
(firm name)

with offices at _____2748 Adeline Street, Suite A_____,
(street address)

_____Berkeley_____, _____California_____, _____94706_____,
(city)            (state)            (zip code)

_____(510) 900-9502_____, _____rlovko@greenfirelaw.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Laura Leigh, Tammi Adams, et al._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>December 1, 2000</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Georgia Bar | April 12, 2006 | 143039 |
| District Court, Northern District of California | April 19, 2003 | 208855 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association
Georgia Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 11, 2023 | 3:23-cv-00568-LRH | U.S. District Court | Granted |
| January 5, 2024 | 3:22-cv-00034-MMD | U.S. District Court | Granted |
| March 25, 2025 | 3:25-cv-00152-MMD | U.S. District Court | Granted |
| December 13, 2023 | 3:22-cv-00034-MMD | U.S. District Court | Granted |
| January 13, 2025 | 2:24-cv-02399-BNW | U.S. District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____Alameda____ )

Jennifer Rae Lovko, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__29__ day of __October__, __2025__.

__Abbey Louise Anderson__
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Brent M. Resh____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2401 La Solana Way_____,
(street address)

____Las Vegas____, ____Nevada____, ____89102____,
(city)           (state)        (zip code)

____(702) 781-6903____, ____brent@brentreshlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

Please see attached acknowledgment.
Abbey Louise Anderson, Notary Public 10/29/2025

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

On 10 / 29 / 2025 before me, **Abbey Louise Anderson, NOTARY PUBLIC,** personally appeared

Jennifer Rae Lovko
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Abbey Louise Anderson_
Signature of Notary Public

[Notary Seal: ABBEY LOUISE ANDERSON, COMM. #2513323, Notary Public - California, Alameda County, My Comm. Expires Mar. 1, 2029]

Place Notary Seal Above

**OPTIONAL INFORMATION**

**Description of Attached Document:**

Pro hac vice application
Number of Pages  6  (including acknowledgment)

Document Date 10/29/2025

Additional Information:

**Capacity Claimed by Signer:**

✓ Individual
___ Corporate Officer
___ Partner
___ Attorney-In-Fact
___ Trustee
___ Other: _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Brent M. Resh__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Laura Leigh, Individually, and as President of Wild Horse Education
(type or print party name, title)

_____
(party's signature)

Tammi Adams, Wild Horse Education NEPA Coordinator
(type or print party name, title)

/s/ Manda Kalimian
(party's signature)

Manda Kalimian, President of Rewilding America Now
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

  14940                brent@brentreshlaw.com
Bar number              Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

Dated: January 16, 2026

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

January 21, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER RAE LOVKO, #208855 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2000; that from the date of admission to January 29, 2016, they were an ACTIVE licensee of the State Bar of California; that on January 29, 2016, they transferred at their request to the INACTIVE status; that from that date to July 18, 2016, they were an INACTIVE licensee of the State Bar of California; that on July 18, 2016, they transferred at their request to the ACTIVE status; that from that date to January 3, 2018, they were an ACTIVE licensee of the State Bar of California; that on January 3, 2018, they transferred at their request to the INACTIVE status; that from that date to February 28, 2021, they were an INACTIVE licensee of the State Bar of California; that on February 28, 2021, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records

| | |
|---|---|
| 1 | BRENT M. RESH |
| | (Nevada Bar No. 14940) |
| 2 | BRENT RESH LAW, PLLC |
| 3 | 2401 La Solana Way |
| | Las Vegas, NV 89102 |
| 4 | (702) 781-6903 |
| | brent@brentreshlaw.com |
| 5 | |
| 6 | JESSICA L. BLOME |
| | (California Bar No. 314898, appearing pro hac vice) |
| 7 | J. RAE LOVKO |
| | (California Bar No. 208855), pro hac vice application pending) |
| 8 | GREENFIRE LAW, PC |
| | 2748 Adeline Street, Suite A |
| 9 | Berkeley, CA 94703 |
| | (510) 900-9502 |
| 10 | jblome@greenfirelaw.com |
| 11 | rlovko@greenfirelaw.com |
| 12 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 3:25-cv-00577<br><br>**DECLARATION OF JENNIFER RAE LOVKO IN SUPPORT OF PETITION FOR PERMISSION TO PRACTICE IN THIS CASE** |

I, J. RAE LOVKO, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am an attorney with Greenfire Law PC, counsel for Plaintiffs in the above-titled action. I reside in California, with my place of work located in Berkeley, California.

2. As detailed in the accompanying petition, I was admitted to the State Bar of California in 2000 and am an active member in good standing.[1] I also am admitted to practice before the District Court of California and the Ninth Circuit Court of Appeals.

3. I am not admitted to practice before the State Bar of Nevada, and consequently, I am unable to be admitted permanently to practice before the District Court of Nevada.

4. I am not regularly engaged in the practice of law or other business in the State of Nevada.

5. Local Rule 11-2(f), which addresses pro hac vice petitions, presumes that in civil cases, more than five appearances by an out-of-state attorney is excessive; however, this presumption can be overcome with a showing of special circumstances and good cause. Nev. Dist. Ct. LR IA 11-2(f).

6. Greenfire Law PC is a California law firm that represents individuals and nonprofit organization in cases involving animal law and/or environmental issues. The majority of the firm's cases are litigated before California courts (state and federal); however, the firm has represented clients pro hac vice in other jurisdictions, where appropriate.

7. As addressed below, special circumstances and good cause exist to grant my petition in the above-captioned case because (a) Greenfire Law PC has a long-term relationship with each of the Plaintiffs, (b) the case involves only federal law, (c) local counsel lack expertise in the applicable law and issues, (d) the case is related to previous litigation before the Court, and (e) granting the petition will not interfere with the orderly administration of justice.

---

[1] I also have been admitted to the State Bar of Georgia and am an inactive member in good standing with this Bar.

Pre-Existing Relationship

8. Plaintiffs consist of individuals and non-profit organizations that have an interest in and advocate for the lawful management and humane handling of wild horses on public lands, including in the Pancake Complex.

9. Plaintiffs have a long-term client relationship with Greenfire Law PC, with each Plaintiff having retained the firm since 2022 to handle various litigation matters involving wild horses on public lands.

Federal Law

10. Plaintiffs' complaint challenges the Bureau of Land Management's 2025 Final Environmental Assessment (EA) for the Pancake Complex Wild Horse Gather & Herd Management Plan, DOI-BLM-NV-L060-2024-0013-EA, and its associated Finding of No Significant Impact (FONSI) and Decision Record (DR), based on violations of the Wild Free-Roaming Horses and Burros Act (WHA), 16 U.S.C. § 1331, *et seq.*, National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 *et seq.*, Federal Land Policy and Management Act (FLPMA), 43 U.S.C. § 1732 *et seq.*, and the Administrative Procedure Act (APA), 5 U.S.C. § 551 *et seq*. The case involves **only federal law** – no state law is at issue.

Expertise

11. Greenfire Law PC has expertise in cases involving the WHA, having represented clients in such matters before district courts in California, Nevada, and Oregon, as well as before the Ninth Circuit Court of Appeals. Greenfire Law PC also has been employed to assist clients with public comments made to the Bureau of Land Management (BLM) in response to NEPA EAs that address wild horses, as well as to assist clients with filings before the U.S. Interior Board of Land Appeals. I have personally participated in each of these cases.

12. Based upon my experience, I have developed legal expertise and knowledge regarding the WHA, as well as the policies and practices of BLM as regards management of lands upon which wild horses reside. The number of firms with similar expertise that represent plaintiffs is small. I am aware of less than a dozen nationally; none of these firms are based in Nevada.

13. If Plaintiffs in this case were forced to choose only an in-state attorney to represent their interests, they would be severely prejudiced by having to select an attorney without the requisite expertise and knowledge necessary to litigate for the protection of these interests.

Related Case

14. As detailed in the accompanying petition, the District Court of Nevada has previously granted five of my pro hac vice petitions since December of 2023. Two of the five cases have since resolved, and the parties are negotiating settlement in a third.

15. None of these cases were filed before the District Court of Nevada in an attempt to improperly forum shop. Each of these cases involved only federal law and were filed before the District of Nevada based on the defendants' contacts with the State.

16. One of the five cases, *Animal Wellness Action v. BLM* (3:22-cv-00034), challenged BLM's handling of wild horses in the Pancake Complex, which is located 30 miles east of Ely, Nevada.[2] It resolved with Chief Judge Miranda Du compelling BLM to prepare and approve a Herd Management Area Plan for the Pancake Complex and vacating the challenged gather plan. The current case involves the **same Plaintiffs**, **same defendant agency – BLM**, and **same wild horses of the Pancake Complex** as in *Animal Wellness Action*. The current case addresses the Herd Management Area Plan and new gather plan ordered by Judge Du in *Animal Wellness Action*.

Administration of Justice

17. "A defendant's right to the counsel of his choice includes the right to have an out-of-state lawyer admitted pro hac vice." *United States v. Ries*, 100 F.3d 1469, 1471 (9th Cir. 1996) (quoting *United States* v. *Lillie,* 989 F.2d 1054, 1056 (9th Cir. 1993)).

18. Denial of a pro hac vice application may be warranted, however, where the evidence indicates the applicant may interfere with the Court's orderly administration of justice by, for example, not agreeing to follow the Court's rules and procedures. *See United States v. United States Dist. Court for the Dist. of Nev. (In re United States)*, 791 F.3d 945, 955-57 (9th Cir. 2015); *Ries*, 100 F.3d at 1471.

---

[2] Plaintiffs filed a Notice of Related Case on October 21, 2025. Dkt. 4.

- 4 -
DECLARATION OF JENNIFER RAE LOVKO

19. I agree to comply with the Nevada District Court's rules and procedures; I agree to comply with the standards of professional conduct required of the members of the State Bar of Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of January, 2026,                    _____
                                                          Jennifer Rae Lovko