TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management; and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 3:25-cv-00577-ART-CSD<br><br>**Notice of Appearance** |

Please take notice that Assistant United States Attorney Virginia T. Tomova is appearing as counsel for the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

/ / /

/ / /

/ / /

Respectfully submitted this 20th day of August 2025.

                                              TODD BLANCHE
                                              Deputy U.S. Attorney General
                                              SIGAL CHATTAH
                                              First Assistant United States Attorney

                                              */s/  Virginia T. Tomova*
                                              VIRGINIA T. TOMOVA
                                              Assistant United States Attorney