1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar No. 8264
4
5  VIRGINIA T. TOMOVA
   Assistant United States Attorney
   Nevada Bar No. 12504
6  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
7  (702) 388-6533
   Virginia.Tomova@usdoj.gov
8
   *Attorneys for the Federal Defendants*
9
            **UNITED STATES DISTRICT COURT**
10                  **DISTRICT OF NEVADA**

11 | WILD HORSE EDUCATION, and LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation, | Case No. 3:25-cv-00577-ART-CSD

   **Notice of Appearance**

                Plaintiffs,

        v.

   UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management; and JON RABY, Nevada State Director of the Bureau of Land Management,

                Defendants.

Please take notice that Assistant United States Attorney Virginia T. Tomova is appearing as counsel for the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

/ / /

/ / /

/ / /

Respectfully submitted this 5th day of February 2026.

                                TODD BLANCHE
                                Deputy U.S. Attorney General
                                SIGAL CHATTAH
                                First Assistant United States Attorney

                                */s/  Virginia T. Tomova*
                                VIRGINIA T. TOMOVA
                                Assistant United States Attorney