ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants.* | Case No. 3:25-cv-00577-ART-CSD<br><br>**NOTICE OF APPEARANCE** |

Federal Defendants hereby notice the appearance of Bonnie Ballard, United States Department of Justice, as counsel of record on behalf of the above-named Federal Defendants. Ms. Ballard has been admitted to practice in the District of Nevada for the duration of her current employment with the federal government under Local Rule IA 11-3. *See Wild Horse Education et al v. United States Department of Interior, Bureau of Land Management et al*, Case No. 3:23-

cv-00372-MMD-CLB, ECF No. 88 (D. Nev. 2025). Ms. Ballard's contact information is as follows:

U.S. Mail (including USPS Priority Mail Services):

Bonnie Ballard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 532-5567
Email: bonnie.m.ballard@usdoj.gov

Express Mail Services or Hand Delivery:

4 Constitution Square
150 M. St. NE, Rm 3.1108
Washington, D.C. 20002

Dated: February 9, 2026                        Respectfully submitted,

                                                                ADAM R.F. GUSTAFSON
                                                                Principal Deputy Assistant Attorney General

                                                                */s/ Bonnie Ballard*
                                                                BONNIE BALLARD
                                                                Trial Attorney (MD Bar No. 2211280027)
                                                                United States Department of Justice
                                                                Environment & Natural Resources Division
                                                                Wildlife & Marine Resources Section
                                                                Ben Franklin Station
                                                                P.O. Box 7611
                                                                Washington, DC 20044-7611
                                                                Tel: (202) 532-5567
                                                                Fax: (202) 305-0275
                                                                Email: bonnie.m.ballard@usdoj.gov

                                                                        *Attorneys for Defendants*