1
2
3
4
5
6
7

9

10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management; and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>    Defendants. | Case No. 3:25-cv-00577-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Motion to Admit Government Attorney** |

11
12
13
14
15
16
17
18
19
20
21

22   The Deputy Attorney General of the United States and the First Assistant United

23 States Attorney for the District of Nevada hereby move, pursuant to LR IA 11-3, for the

24 admission of Brian R. Herman to the Bar of this Court for the purpose of representing the

25 United States of America, its political subdivisions, officers, and employees, during the

26 period of their employment by the United States as an attorney. It is anticipated that Mr.

27 Herman will enter appearance in this action on behalf of the United States.

28

Mr. Herman has been a licensed attorney since 2013 and is a member in good standing of the District of Columbia Bar (Bar No. 1044672). Mr. Herman has been employed as a Trial Attorney with the Environment and Natural Resources Division since September 2018, in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Brian R. Herman to practice before this Court during the period of their employment by the United States as an attorney.

Respectfully submitted this 5th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED**.

Anne R. Traum
United States District Judge

Dated: February 6, 2026

2