ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

BRIAN R. HERMAN
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Brian.herman@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management; and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 3:25-cv-00577-ART-CSD<br><br>**Notice of Appearance** |

In accordance with LR IA 11-3, and the Court's February 6, 2026 Order (Dkt. No. 16), Brian R. Herman hereby enters his appearance as co-counsel for Defendants. Service of all papers on Mr. Herman, other than those filed through the court's CM/ECF system, when sent by U.S. Mail, should be addressed:

Brian R. Herman
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Overnight and hand deliveries should be addressed:

Brian R. Herman
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St. N.E.
Washington, D.C. 20002

Respectfully submitted this 11th day of February, 2026.

                                      ADAM R.F. GUSTAFSON
                                      Principal Deputy Assistant Attorney General

                                      */s/ Brian R. Herman*
                                      BRIAN R. HERMAN
                                      Senior Trial Attorney