ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
BRIAN R. HERMAN, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 532-3278 (Herman)
Email: Brian.Herman@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants.* | Case No. 3:25-cv-00577-ART-CSD<br><br>**ORDER GRANTING**<br>**CONSENT MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request)** |

Defendants, the U.S. Department of Interior, the Bureau of Land Management, Bill Groffy, in his official capacity as Principal Deputy Director and Acting Director of the Bureau of Land Management, and Jon Raby, in his official capacity as Nevada State Director of the Bureau of Land Management, respectfully request a 30-day extension of Defendants' deadline to respond to Plaintiffs' Complaint. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on October 15, 2025.
2. In light of a lapse in funding for executive agencies on October 1, 2025, Chief Judge Gordon issued an Order extending all filing deadlines imposed upon the United States by the number of days equal to the length of the lapse of appropriations plus ten days. General Order 2025—07 (Oct. 2, 2025). Government funding was restored on November 12, 2025, and thus Defendants' deadline to respond to Plaintiffs' Complaint is February 17, 2026, in accordance with Judge Gordon's Oct. 2, 2025 Order.
3. Good cause exists for this extension. Counsel for Defendants have several litigation obligations that conflict with Defendants' current February 17, 2026 deadline to respond to Plaintiffs' Complaint, including several other substantive filings due that same day. Therefore, Defendants respectfully request a 30-day extension of the current response deadline until March 19, 2026.
4. This is the first motion for an extension of time to respond to Plaintiffs' Complaint.
5. Counsel for Defendants has conferred with counsel for Plaintiffs who stated that Plaintiffs do not oppose this motion.

NOW THEREFORE, Defendants respectfully request that this Court enter an order as follows:

1. Defendants' Answer or other response to Plaintiffs' Complaint is due no later than March 19, 2026.

Dated: February 9, 2026                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Bonnie Ballard*
BONNIE BALLARD, Trial Attorney
(MD Bar No. 2211280027)
Wildlife & Marine Resources Section
Phone: (202) 523-5567
Email: bonnie.m.ballard@usdoj.gov

BRIAN R. HERMAN, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-3278
Email: Brian.Herman@usdoj.gov

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED:  February 11, 2026.

_____
Craig S. Denney
U.S. Magistrate Judge