ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
BRIAN R. HERMAN, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-5567 (Ballard)
(202) 532-3278 (Herman)
Bonnie.m.ballard@usdoj.gov
Brian.Herman@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, et al., | Case No. 3:25-cv-00577-ART-CSD |
| Plaintiffs, | **JOINT STIPULATION TO APPEAR REMOTELY** |
| v. | |
| U.S. DEPARTMENT OF INTERIOR, et al., | |
| Defendants. | |

Consistent with the emphasis in Rule 1 and LR 1-1(a) "to secure the just, speedy, and inexpensive determination of every action," and with the direction of the Court's Courtroom Administrator, the Parties jointly request that the Court permit all counsel to appear by telephone or video conference for the Case Management Conference scheduled for Wednesday, May 13, 2026, at 10:00 a.m. before the Hon. Magistrate Judge Craig S. Denney. *See* Dkt. No. 22.

The Parties make this request because no counsel for any party lives or works in Reno, Nevada, and no counsel will be in Reno, Nevada on the date of the Case Management Conference. Most of the Parties' attorneys reside outside Nevada.

THEREFORE, the Parties respectfully request that the Court permit counsel for the Parties to appear by telephone or video conference for the May 13, 2026 Case Management Conference.

Respectfully submitted this 23rd day of March, 2026.

/s/ *Brent M. Resh*
BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

/s/ *J. Rae Lovko*
JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Brian R. Herman*
BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
BRIAN R. HERMAN, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-5567 (Ballard)
(202) 532-3278 (Herman)
Bonnie.m.ballard@usdoj.gov
Brian.Herman@usdoj.gov

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 23, 2026

2