BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Defendants.* | Case No. 3:25-cv-00577-ART-CSD <br><br> **JOINT AMENDED SCHEDULING ORDER** |

Pursuant to the Court's Minute Order of May 15, 2026 (ECF No. 28), Plaintiffs and Defendants (collectively "the Parties"), have met and conferred and submit the following amended proposed scheduling order:

(1) Administrative Record Deadlines

- Defendants shall file and serve the certified administrative record by June 26, 2026.[1]

- Plaintiffs shall notify Defendants whether they believe the administrative record is incomplete by July 10, 2026.

- If the Parties cannot resolve any disputes regarding the administrative record, Plaintiffs will file a motion to complete the record by July 24, 2026.

  - Defendants' opposition will be due by August 14, 2026.

  - Plaintiffs' reply will be due by August 28, 2026.

- If Plaintiffs file a motion related to the administrative record, the Parties agree that the summary judgment schedule outlined below will be vacated, and the Parties shall confer and submit a revised proposed schedule for summary judgment to the Court within fourteen days after the Court resolves the Administrative Record motion(s).

(2) Cross-Motions for Summary Judgment

- If there are no administrative record disputes, the Parties agree to the following schedule for resolution of this case via cross-motions for summary judgment:

  - Plaintiffs shall file their Motion for Summary Judgment, which can be up 30 pages per LR 7-3(a), and Motion for Judicial Notice by July 24, 2026.

---

[1] Defendants will file the notice of lodging the administrative record through the CM/ECF system and lodge the administrative record with the Clerk of this Court in electronic format using USB flash drives. Defendants will also send USB flash drives of the administrative record and index to Plaintiffs' counsel.

2

o    Defendants shall file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion, which can be up to 30 pages per LR 7-3(a), and their Response to Plaintiffs' Motion for Judicial Notice by September 11, 2026.

o    Plaintiffs shall file their combined Reply to Defendants' Opposition and Opposition to Defendants' Motion, which can be up to 20 pages per LR 7-3(a), and Reply in Support of their Motion for Judicial Notice by September 25, 2026.

o    Defendants shall file their Reply to Plaintiffs' Opposition by October 9, 2026, which can be up to 20 pages per LR 7-3(a).

Dated: May 20, 2026                         Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ DRAFT Bonnie Ballard*
BONNIE BALLARD, Trial Attorney
(MD Bar No. 2211280027)
Wildlife & Marine Resources Section
Phone: (202) 523-5567
Email: bonnie.m.ballard@usdoj.gov

BRIAN R. HERMAN, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-3278
Email: Brian.Herman@usdoj.gov

*Attorneys for Defendants*

*/s/ J. Rae Lovko*
JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

3

(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED,**

Date: May 21, 2026

_____
Hon. Magistrate Judge Craig S. Denney