**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually, and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation, | Case No. 3:25-cv-00577-ART-CSD **DECLARATION OF MELANIE PETERSON** |

*Plaintiffs,*

v.

U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director of the Bureau of Land Management, and JUSTIN ABERNATHY, in his official capacity as Acting Nevada State Director of the Bureau of Land Management,

*Federal Defendants.*

I, Melanie Peterson, state the following:

1.     I am the Field Manager for the Bristlecone Field Office, Ely District, Bureau of Land Management (BLM) in Nevada.  I have held that position since February 9, 2025 and have worked for the BLM since 2001 in various capacities.

2.     My responsibilities in my current position include overseeing the compilation of the pertinent documents for the Administrative Record for the above-captioned action.

3.     I am generally familiar with the documents that are part of the administrative record for the BLM's March 4, 2025 Decision Record that approved the Pancake Wild Horse Gather Plan and Herd Management Area Plan. I am also familiar with the process by which the documents considered directly or indirectly by the BLM as part of its decision-making process for the challenged decision were collected and compiled into the Administrative Record.

4.      To the best of my knowledge and based on my involvement in overseeing the development of the Administrative Record, I hereby certify that the Administrative Record is a true, correct, and complete copy of the documents that were directly or indirectly considered by BLM for the Decision Record as pertinent to the claims raised in the above-captioned matter.

5.      I declare under penalty of perjury that the foregoing is true and correct.


_____
Melanie A. Peterson
Bristlecone Field Manager
Ely District
Nevada Bureau of Land Management