ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BONNIE BALLARD, Trial Attorney
Wildlife & Marine Resources Section
BRIAN R. HERMAN, Assistant Section Chief
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-5567 (Ballard)
Email: bonnie.m.ballard@usdoj.gov
Phone: (202) 532-3278 (Herman)
Email: Brian.Herman@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants.* | Case No. 3:25-cv-00577-ART-CSD<br><br>**DEFENDANTS' NOTICE OF LODGING AMENDED ADMINISTRATIVE RECORD** |

Pursuant to the Court's Order granting the Parties' Joint Amended Scheduling Order, ECF No. 30, and following the conferral of the parties, Defendants hereby provide notice of the lodging of the Amended Administrative Record for the above-captioned case. The agency's certification of the Amended Administrative Record and a PDF copy of the index are attached to this notice as exhibits. Defendants have provided the Amended Administrative Record to the Court and Plaintiffs' counsel via Federal Express shipments containing flash drives. Each flash drive holds Bates numbered, electronic copies of the documents in the Amended Administrative Record, accessible via the hyperlinked index.

Dated: August 3, 2026                    Respectfully submitted,

                                         ADAM R.F. GUSTAFSON
                                         Principal Deputy Assistant Attorney General

                                         */s/ Brian R. Herman*
                                         BRIAN R. HERMAN, Assistant Section Chief
                                         Natural Resources Section
                                         P.O. Box 7611, Ben Franklin Station
                                         Washington, DC 20044-7611
                                         Phone: (202) 532-3278
                                         Email: Brian.Herman@usdoj.gov

                                         BONNIE BALLARD, Trial Attorney
                                         Wildlife & Marine Resources Section
                                         Phone: (202) 523-5567
                                         Email: bonnie.m.ballard@usdoj.gov

                                         *Attorneys for Defendants*

2