BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, and LAURA LEIGH, individually, and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, and REWILDING AMERICA NOW, a non-profit corporation,<br><br>        *Plaintiffs,*<br><br>        v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>        *Defendants.* | Case No. 3:25-cv-00577-ART-CSD<br><br> ORDER GRANTING<br>**JOINT AMENDED PROPOSED SCHEDULING ORDER** |

1

Pursuant to the Court's Scheduling Order of May 15, 2026 (ECF No. 28), Plaintiffs and Federal Defendants (collectively "the Parties"), have met and conferred regarding the completeness and adequacy of the administrative record. Those efforts have resulted in Federal Defendant's lodging an amended administrative record on August 3, 2026. (ECF No. 33). Pursuant to the Court's prior Scheduling Order, the Parties have met and conferred regarding an amendment to the approved briefing schedule to accommodate Federal Defendants' production of the amended record and Plaintiffs' review. Accordingly, the Parties stipulate and request that the Court approve following amended schedule for resolution of this case via cross-motions for summary judgment:

- Plaintiffs shall file their Motion for Summary Judgment, which can be up 30 pages per LR 7-3(a), and Motion for Judicial Notice by September 22, 2026.

- Defendants shall file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion, which can be up to 30 pages per LR 7-3(a), and their Response to Plaintiffs' Motion for Judicial Notice by November 3, 2026.

- Plaintiffs shall file their combined Reply to Defendants' Opposition and Opposition to Defendants' Motion, which can be up to 20 pages per LR 7-3(a), and Reply in Support of their Motion for Judicial Notice by November 24, 2026.

- Defendants shall file their Reply to Plaintiffs' Opposition by December 18, 2026, which can be up to 20 pages per LR 7-3(a).

Dated: August 4, 2026                    Respectfully submitted,

*/s/ Jessica L. Blome*
JESSICA L. BLOME
(Cal. Bar No. 314898, pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

2

*Attorneys for Plaintiffs*


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Bonnie Ballard*
BONNIE BALLARD, Trial Attorney
(MD Bar No. 2211280027)
Wildlife & Marine Resources Section
Phone: (202) 523-5567
Email: bonnie.m.ballard@usdoj.gov

BRIAN R. HERMAN, Assistant Section Chief
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 532-3278
Email: Brian.Herman@usdoj.gov

*Attorneys for Defendants*




**IT IS SO ORDERED,**

Date: August 4, 2026

_____
Hon. Magistrate Judge Craig S. Denney

3